# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO. 5:12CR34-RLV-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LUIS ENRIQUE MARTINEZ-OLVERA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice" (Doc. 25) filed October 22, 2012 requesting admission of attorney Ricardo Perez to represent Defendant. For the reasons set forth therein, the Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: October 22, 2012

_____
David S. Cayer
United States Magistrate Judge